**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No: 18-10346-TPA** |
| | : | |
| **Ronald W Rafferty, Jr.,** | : | **Chapter 13** |
| **Debtor,** | : | |
| _____ | : | **Docket No:** |
| **Ronald W Rafferty, Jr.,** | : | |
| **Movant,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**MOTION TO DISMISS CHAPTER 13 CASE**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **June 8, 2018**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **June 27, 2018 at 9:30am** before Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>May 22, 2018</u>

Respectfully submitted,

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the MOTION TO DISMISS CHAPTER 13 CASE and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **May 22, 2018**

By: */s/ Clarissa Bayhurst*
Clarissa Bayhurst, PARALEGAL
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

De Lage Landen Financial Services Inc.
PO Box 41602
Philadelphia, PA 19101-1602

First Data
265 Broad Hollow Road
Melville, NY 11747-4833

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

Ronald W. Rafferty Jr.
31 Watson Road
Mercer, PA 16137-3441

Syncb / Cutting Edge
Po Box 965036
Orlando, FL 32896-5036

Syncb / Paypal Smart Consumer
Po Box 965005
Orlando, FL 32896-5005

The Home Depot / Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Onemain
Po Box 1010
Evansville, IN 47706-1010

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Sears / Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Syncb / JCPenney
Po Box 965007
Orlando, FL 32896-5007

Syncb / Walmart Dc
Po Box 965024
Orlando, FL 32896-5024

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Fifth Third Bank
PO Box 9013
Addison, Texas 75001-9013

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

PRA Receivables Management, LLC
claims@recoverycorp.comb

Pnc Mortgage
Po Box 8703
Dayton, OH 45401-8703

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Syncb / Lowes
Po Box 965005
Orlando, FL 32896-5005

Tdrcs / Re-novate
1000 Macarthur Boulevard
Mahwah, NJ 07430-2035

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com