**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 18-10346-TPA |
| | : | |
| **Ronald W Rafferty, Jr.,** | : | Chapter 13 |
| Debtor, | : | |
| | : | Docket No: 21 |
| **Ronald W Rafferty, Jr.,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**ORDER REGARDING DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

**IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE.**

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtors must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtors remain legally liable for all of debts as if the bankruptcy petition had not been filed.

Dated:  June 13, 2018

Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-10346-TPA
Ronald W. Rafferty, Jr.                                               Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0315-1          User: lfin              Page 1 of 2              Date Rcvd: Jun 13, 2018
                              Form ID: pdf900         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db             +Ronald W. Rafferty, Jr.,    31 Watson Road,   Mercer, PA 16137-3441
14812583       +Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
14812584       +De Lage Landen Financial Services Inc.,    PO Box 41602,   Philadelphia, PA 19101-1602
14812585      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    5050 Kingsley Drive,   Cincinnati, OH 45263)
14822665       +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
14812586       +First Data,    265 Broad Hollow Road,   Melville, NY 11747-4833
14851228       +PNC Bank, N.A.,    Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14812588       +PayPal Credit,    PO Box 105658,   Atlanta, GA 30348-5658
14812589       +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
14812590       +Sears / Cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
14812595       +Syncb / Paypal Smart Consumer,    Po Box 965005,   Orlando, FL 32896-5005
14860261       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,   P O Box 800849,
                 Dallas, TX 75380-0849
14812597       +Tdrcs / Re-novate,    1000 Macarthur Boulevard,   Mahwah, NJ 07430-2035
14812598       +The Home Depot / Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14812582        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2018 02:02:58     Capital One,
                 15000 Capital One Drive,    Richmond, VA 23238
14863025       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 14 2018 01:58:10     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14827131        E-mail/PDF: cbp@onemainfinancial.com Jun 14 2018 02:03:16     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14812587       +E-mail/PDF: cbp@onemainfinancial.com Jun 14 2018 02:03:16     Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
14814082       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2018 02:03:00
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14862207        E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2018 01:57:31
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
14812591        E-mail/PDF: cbp@onemainfinancial.com Jun 14 2018 02:02:35     Springleaf Financial Services,
                 Po Box 969,    Evansville, IN 47706
14812592       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 02:02:37     Syncb / Cutting Edge,
                 Po Box 965036,    Orlando, FL 32896-5036
14812593       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 02:02:57     Syncb / JCPenney,   Po Box 965007,
                 Orlando, FL 32896-5007
14812594       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 02:02:37     Syncb / Lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
14812596       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 02:03:18     Syncb / Walmart Dc,
                 Po Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank N.A.,
14827130        BK-FILED POC #,    SECURED $,   UNSECURED $,   ARREARAGE$,
                 ZIPPED DOCS AND SAVED COMP POC FOLDER
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: lfin              Page 2 of 2              Date Rcvd: Jun 13, 2018
                              Form ID: pdf900         Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Ronald W. Rafferty, Jr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor   PNC Bank N.A., bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 4
```